UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYMOND E. STAUFFER, on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>          -against-<br><br>GRAIS & ELLSWORTH LLP, ET AL.,<br><br>                              Defendants. | 15-CV-8238 (LAP)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 7, 2015, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

 SO ORDERED.

Dated:  December 7, 2015
        New York, New York

_____
LORETTA A. PRESKA
Chief United States District Judge